```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                                  Case No. 19-00802-RNO
Steven Richard Kankiewicz                                               Chapter 13
Deborah Lou Kankiewicz
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-5          User: CourtneyG              Page 1 of 2              Date Rcvd: May 15, 2019
                              Form ID: ntcnfhrg            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db/jdb         Steven Richard Kankiewicz,    Deborah Lou Kankiewicz,   3099 Nuangola Rd,
                Mountain Top, PA 18707-9506
5171069       +Citizens Bank N.A.,   One Citizens Bank Way JCA115,    Johnston, RI 02919-1922
5171224       +Credit Acceptance,   25505 West Twelve Mile Rd,   Suite 3000,   Southfield MI 48034-8331
5166835        Credit Acceptance Corp,   PO Box 513,   Southfield, MI  48037-0513
5166838        DirecTV,   PO Box 5007,   Carol Stream, IL  60197-5007
5192063        Directv, LLC,   by American InfoSource as agent,    PO Box 5008,   Carol Stream, IL  60197-5008
5191715        Ditech Financial LLC,   PO Box 12740,   Tempe, AZ 85284-0046
5166840        I C System,   PO Box 64378,   Saint Paul, MN  55164-0378
5166828        Kankiewicz Deborah Lou,   3099 Nuangola Rd,   Mountain Top, PA  18707-9506
5166827        Kankiewicz Steven Richard,   3099 Nuangola Rd,   Mountain Top, PA  18707-9506
5166842        Law Offices of Hayt, Hayt & Landau, LLC,   123 S Broad St Ste 1660,
                Philadelphia, PA  19109-1003
5166843       +Law Offices of Hayt, Hayt, & Landau, LLC,   Meridian Center l,,   2 Industrial Way W,
                Eatontown, NJ 07724-2279
5166829        Law Offices of Jason P Provinzano LLC,   16 W Northampton St,   Wilkes Barre, PA  18701-1708
5166845        Medical Data Systems I,   645 Walnut St Ste 5,   Gadsden, AL  35901-4173
5166851      ++RBC,   PO BOX 1548,   MANSFIELD OH 44901-1548
               (address filed with court: Rbc,    PO Box 1548,   Mansfield, OH  44901-1548)
5166853        Regency Cons Disc Co I,   393 Meridian Ave,   Scranton, PA  18504-2630
5166854        U S Dept of Ed,   181 Montour Run Rd,   Coraopolis, PA  15108-9408
5197449       +University Hospitals Samaritan,    RBC Inc,   PO Box 1548,   Mansfield OH 44901-1548
5166855        Wilkes-Barre General Hospital,   575 N River St,   Wilkes Barre, PA  18764-0999

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5173302        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 19:25:17
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,   PO Box 71083,
                Charlotte, NC  28272-1083
5166830        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 19:24:51
                Capital One Bank USA N,    PO Box 30281,   Salt Lake City, UT  84130-0281
5166831        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 19:25:17
                Capital One Bank USA N.A.,   Attn: General Correspondence,   PO Box 30285,
                Salt Lake City, UT  84130-0285
5168178       +E-mail/Text: bankruptcy@cavps.com May 15 2019 19:17:59     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5166833        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2019 19:17:40     Comenity Bank,
                PO Box 182273,   Columbus, OH  43218-2273
5166834        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 15 2019 19:17:40     Comenitycb/boscov,
                PO Box 182120,   Columbus, OH  43218-2120
5166836        E-mail/PDF: creditonebknotifications@resurgent.com May 15 2019 19:24:27
                Credit One Bank N.A.,   PO Box 98873,   Las Vegas, NV  89193-8873
5166837        E-mail/Text: bankruptcy@cbtno.com May 15 2019 19:18:10     Crescent Bank and Trus,
                5401 Jefferson Hwy Ste D,   Harahan, LA  70123-4232
5166839        E-mail/Text: bankruptcy.bnc@ditech.com May 15 2019 19:17:37     Ditech Financial LLC,
                PO Box 6172,   Rapid City, SD  57709-6172
5166841        E-mail/Text: cio.bncmail@irs.gov May 15 2019 19:17:34     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA  19101-7346
5194151        E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2019 19:24:32     LVNV Funding, LLC,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5174576        E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2019 19:24:31     LVNV Funding, LLC,
                c/o Resurgent Capital Services,    PO BOX 10587,   Greenville, SC 29603-0587
5166844        E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2019 19:24:32     Lvnv Funding LLC,
                PO Box 1269,   Greenville, SC  29602-1269
5171402        E-mail/Text: bkr@cardworks.com May 15 2019 19:17:26     MERRICK BANK,
                Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
5166846        E-mail/Text: bkr@cardworks.com May 15 2019 19:17:26     Merrick Bank Corp,   PO Box 9201,
                Old Bethpage, NY  11804-9001
5166847        E-mail/Text: bankruptcydpt@mcmcg.com May 15 2019 19:17:50     Midland Funding,
                2365 Northside Dr Ste 30,   San Diego, CA  92108-2709
5182375       +E-mail/Text: bankruptcydpt@mcmcg.com May 15 2019 19:17:50     Midland Funding LLC,
                PO Box 2011,   Warren, MI 48090-2011
5173299       +E-mail/PDF: cbp@onemainfinancial.com May 15 2019 19:25:14     OneMain,   PO Box 3251,
                Evansville, IN 47731-3251
5166848        E-mail/PDF: cbp@onemainfinancial.com May 15 2019 19:25:15     Onemain,   PO Box 1010,
                Evansville, IN  47706-1010
5193430        E-mail/Text: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 19:46:24
                Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
5183508        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 19:17:48
                Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                Harrisburg, PA  17128-0946
5166849        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 19:17:48
                Pennsylvania Department of Revenue,    Bureau of Compliance,   PO Box 280946,
                Harrisburg, PA  17128-0946
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5166850        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 19:24:23
                Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA  23502-4952
5192095        E-mail/Text: bnc-quantum@quantum3group.com May 15 2019 19:17:45
                Quantum3 Group LLC as agent for,    Velocity Investments LLC,    PO Box 788,
                Kirkland, WA  98083-0788
5192859        E-mail/Text: bnc-quantum@quantum3group.com May 15 2019 19:17:45
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA  98083-0788
5166852        E-mail/Text: Supportservices@receivablesperformance.com May 15 2019 19:18:05
                Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA  98036-7744
5196178       +E-mail/Text: bncmail@w-legal.com May 15 2019 19:17:56      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
5166832        E-mail/Text: creditreconciliation@peoples.com May 15 2019 19:17:51      Citizens Bank,
                1000 Lafayette Blvd,    Bridgeport, CT  06604-4725
                                                                                              TOTAL: 28

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Steven Richard Kankiewicz MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 2 Deborah Lou Kankiewicz MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Richard Kankiewicz,
 aka Steven Kankiewicz, aka Steven R. Kankiewicz,

    **Debtor 1**

Deborah Lou Kankiewicz,
 aka Deborah Kankiewicz, aka Deborah L. Kankiewicz,

    **Debtor 2**

Chapter 13

Case No. 5:19−bk−00802−RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **June 19, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 26, 2019<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyGabriel, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 15, 2019 |

ntcnfhrg (03/18)