# Cred-U-Comp, Inc.    1036

| NAME Employee | | | | | SSN | CHECK DATE Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|
| Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707 | | | | | ***-**-5537 | Married/Withhold | | Fed-0/0/PA-0/0 | |
| | | | | | Pay Period: 09/11/2019 - 09/25/2019 | | | Pay Date: 09/25/2019 | |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | | |
| Salary | 0:00 | | 1,375.00 | 24,425.00 | Net Pay | | | 1,072.85 | 19,703.34 |
| Bonus | | | 0.00 | 735.00 | | | | | |
| Other | | | 0.00 | 40.00 | Non-taxable Company Items | | | Current | YTD Amount |
| | | | 1,375.00 | 25,200.00 | 401k - Employer | | | 55.00 | 1,008.00 |
| Deductions From Gross | | | Current | YTD Amount | | | | | |
| 401k | | | -55.00 | -1,008.00 | | | | | |
| Taxes | | | Current | YTD Amount | | | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | | | |
| City | | | -13.75 | -252.00 | | | | | |
| Federal Withholding | | | -83.00 | -1,481.00 | | | | | |
| Social Security Employee | | | -85.25 | -1,562.40 | | | | | |
| Medicare Employee | | | -19.94 | -365.40 | | | | | |
| PA - Withholding | | | -42.21 | -773.68 | | | | | |
| PA - Unemployment | | | -0.83 | -15.12 | | | | | |
| | | | -244.98 | -4,449.60 | | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | | |
| LST | | | -2.17 | -39.06 | | | | | |

Cred-U-Comp, Inc., 800 Wyoming Avenue

---

# Cred-U-Comp, Inc.    103

| NAME Employee | | | | | SSN | CHECK DATE Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|
| Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707 | | | | | ***-**-5537 | Married/Withhold | | Fed-0/0/PA-0/0 | |
| | | | | | Pay Period: 08/26/2019 - 09/10/2019 | | | Pay Date: 09/10/2019 | |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | | |
| Salary | 0:00 | | 1,375.00 | 23,050.00 | Net Pay | | | 1,072.87 | 18,630.49 |
| Bonus | | | 0.00 | 735.00 | | | | | |
| Other | | | 0.00 | 40.00 | Non-taxable Company Items | | | Current | YTD Amount |
| | | | 1,375.00 | 23,825.00 | 401k - Employer | | | 55.00 | 953.00 |
| Deductions From Gross | | | Current | YTD Amount | | | | | |
| 401k | | | -55.00 | -953.00 | | | | | |
| Taxes | | | Current | YTD Amount | | | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | | | |
| City | | | -13.75 | -238.25 | | | | | |
| Federal Withholding | | | -83.00 | -1,398.00 | | | | | |
| Social Security Employee | | | -85.25 | -1,477.15 | | | | | |
| Medicare Employee | | | -19.93 | -345.46 | | | | | |
| PA - Withholding | | | -42.21 | -731.47 | | | | | |
| PA - Unemployment | | | -0.82 | -14.29 | | | | | |
| | | | -244.96 | -4,204.62 | | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | | |
| LST | | | -2.17 | -36.89 | | | | | |

Cred-U-Comp, Inc., 800 Wyoming Avenue

---

# Cred-U-Comp, Inc.    103

| NAME Employee | | | | | SSN | CHECK DATE Status (Fed/State) | | Allowances/Extra | |
|---|---|---|---|---|---|---|---|---|---|
| Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707 | | | | | ***-**-5537 | Married/Withhold | | Fed-0/0/PA-0/0 | |
| | | | | | Pay Period: 08/11/2019 - 08/25/2019 | | | Pay Date: 08/26/2019 | |
| Earnings and Hours | Qty | Rate | Current | YTD Amount | | | | | |
| Salary | 0:00 | | 1,375.00 | 21,675.00 | Net Pay | | | 1,072.85 | 17,557.62 |
| Bonus | | | 0.00 | 735.00 | | | | | |
| Other | | | 0.00 | 40.00 | Non-taxable Company Items | | | Current | YTD Amount |
| | | | 1,375.00 | 22,450.00 | 401k - Employer | | | 55.00 | 898.00 |
| Deductions From Gross | | | Current | YTD Amount | | | | | |
| 401k | | | -55.00 | -898.00 | | | | | |
| Taxes | | | Current | YTD Amount | | | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | | | |
| City | | | -13.75 | -224.50 | | | | | |
| Federal Withholding | | | -83.00 | -1,315.00 | | | | | |
| Social Security Employee | | | -85.25 | -1,391.90 | | | | | |
| Medicare Employee | | | -19.94 | -325.53 | | | | | |
| PA - Withholding | | | -42.21 | -689.26 | | | | | |
| PA - Unemployment | | | -0.83 | -13.47 | | | | | |
| | | | -244.98 | -3,959.66 | | | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | | | |
| LST | | | -2.17 | -34.72 | | | | | |

Cred-U-Comp, Inc., 800 Wyoming Avenue

## Cred-U-Comp, Inc.  10322

NAME Employee | SSN | CHECK DATE Status (Fed/State) | Allowances/Extra
Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707 | ***-**-5537 Married/Withhold Pay Period: 07/26/2019 - 08/10/2019 | Fed-0/0/PA-0/0 Pay Date: 08/09/2019

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 0:00 | | 1,375.00 | 20,300.00 |
| Bonus | | | 0.00 | 735.00 |
| Other | | | 0.00 | 40.00 |
| | | | 1,375.00 | 21,075.00 |

Net Pay: 1,072.86 / 16,484.77

Non-taxable Company Items | Current | YTD Amount
401k - Employer | 55.00 | 843.00

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k | -55.00 | -843.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| City | -13.75 | -210.75 |
| Federal Withholding | -83.00 | -1,232.00 |
| Social Security Employee | -85.25 | -1,306.65 |
| Medicare Employee | -19.94 | -305.59 |
| PA - Withholding | -42.21 | -647.05 |
| PA - Unemployment | -0.82 | -12.64 |
| | -244.97 | -3,714.68 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.17 | -32.55 |

Cred-U-Comp, Inc., 800 Wyoming Avenue

---

## Cred-U-Comp, Inc.  10309

NAME Employee | SSN | CHECK DATE Status (Fed/State) | Allowances/Extra
Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707 | ***-**-5537 Married/Withhold Pay Period: 07/11/2019 - 07/25/2019 | Fed-0/0/PA-0/0 Pay Date: 07/25/2019

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 0:00 | | 1,375.00 | 18,925.00 |
| Bonus | | | 0.00 | 735.00 |
| Other | | | 0.00 | 40.00 |
| | | | 1,375.00 | 19,700.00 |

Net Pay: 1,072.85 / 15,411.91

Non-taxable Company Items | Current | YTD Amount
401k - Employer | 55.00 | 788.00

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k | -55.00 | -788.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| City | -13.75 | -197.00 |
| Federal Withholding | -83.00 | -1,149.00 |
| Social Security Employee | -85.25 | -1,221.40 |
| Medicare Employee | -19.94 | -285.65 |
| PA - Withholding | -42.21 | -604.84 |
| PA - Unemployment | -0.83 | -11.82 |
| | -244.98 | -3,469.71 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.17 | -30.38 |

Cred-U-Comp, Inc., 800 Wyoming Avenue

---

## Cred-U-Comp, Inc.  10296

NAME Employee | SSN | CHECK DATE Status (Fed/State) | Allowances/Extra
Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707 | ***-**-5537 Married/Withhold Pay Period: 06/26/2019 - 07/10/2019 | Fed-0/0/PA-0/0 Pay Date: 07/10/2019

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 0:00 | | 1,350.00 | 17,550.00 |
| Bonus | | | 0.00 | 735.00 |
| Other | | | 0.00 | 40.00 |
| | | | 1,350.00 | 18,325.00 |

Net Pay: 1,054.80 / 14,339.06

Non-taxable Company Items | Current | YTD Amount
401k - Employer | 54.00 | 733.00

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k | -54.00 | -733.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| City | -13.50 | -183.25 |
| Federal Withholding | -80.00 | -1,066.00 |
| Social Security Employee | -83.70 | -1,136.15 |
| Medicare Employee | -19.57 | -265.71 |
| PA - Withholding | -41.45 | -562.63 |
| PA - Unemployment | -0.81 | -10.99 |
| | -239.03 | -3,224.73 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.17 | -28.21 |

Cred-U-Comp, Inc., 800 Wyoming Avenue

## Cred-U-Comp, Inc. — 10284

**NAME** Employee: Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707
**SSN:** ***-**-5537
**Status (Fed/State):** Married/Withhold
**Pay Period:** 06/11/2019 - 06/11/2019
**Pay Date:** 06/25/2019
**Allowances/Extra:** Fed-0/0/PA-0/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 0:00 | - | 1,350.00 | 16,200.00 |
| Bonus | | | 0.00 | 735.00 |
| Other | | | 0.00 | 40.00 |
| | | | 1,350.00 | 16,975.00 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 1,054.79 | 13,284.26 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k - Employer | 54.00 | 679.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k | -54.00 | -679.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| City | -13.50 | -169.75 |
| Federal Withholding | -80.00 | -986.00 |
| Social Security Employee | -83.70 | -1,052.45 |
| Medicare Employee | -19.58 | -246.14 |
| PA - Withholding | -41.45 | -521.18 |
| PA - Unemployment | -0.81 | -10.18 |
| | -239.04 | -2,985.70 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.17 | -26.04 |

Cred-U-Comp, Inc., 800 Wyoming Avenue

---

## Cred-U-Comp, Inc. — 10272

**NAME** Employee: Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707
**SSN:** ***-**-5537
**Status (Fed/State):** Married/Withhold
**Pay Period:** 05/26/2019 - 06/10/2019
**Pay Date:** 06/10/2019
**Allowances/Extra:** Fed-0/0/PA-0/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 0:00 | | 1,350.00 | 14,850.00 |
| Bonus | | | 0.00 | 735.00 |
| Other | | | 0.00 | 40.00 |
| | | | 1,350.00 | 15,625.00 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 1,054.80 | 12,229.47 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k - Employer | 54.00 | 625.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k | -54.00 | -625.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| City | -13.50 | -156.25 |
| Federal Withholding | -80.00 | -906.00 |
| Social Security Employee | -83.70 | -968.75 |
| Medicare Employee | -19.57 | -226.56 |
| PA - Withholding | -41.45 | -479.73 |
| PA - Unemployment | -0.81 | -9.37 |
| | -239.03 | -2,746.66 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.17 | -23.87 |

Cred-U-Comp, Inc., 800 Wyoming Avenue

---

## Cred-U-Comp, Inc. — 10259

**NAME** Employee: Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707
**SSN:** ***-**-5537
**Status (Fed/State):** Married/Withhold
**Pay Period:** 05/11/2019 - 05/25/2019
**Pay Date:** 05/24/2019
**Allowances/Extra:** Fed-0/0/PA-0/0

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 0:00 | | 1,350.00 | 13,500.00 |
| Bonus | | | 0.00 | 735.00 |
| Other | | | 0.00 | 40.00 |
| | | | 1,350.00 | 14,275.00 |

| | Current | YTD Amount |
|---|---|---|
| Net Pay | 1,054.79 | 11,174.67 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k - Employer | 54.00 | 571.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k | -54.00 | -571.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| City | -13.50 | -142.75 |
| Federal Withholding | -80.00 | -826.00 |
| Social Security Employee | -83.70 | -885.05 |
| Medicare Employee | -19.58 | -206.99 |
| PA - Withholding | -41.45 | -438.28 |
| PA - Unemployment | -0.81 | -8.56 |
| | -239.04 | -2,507.63 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.17 | -21.70 |

Cred-U-Comp, Inc., 800 Wyoming Avenue

## Cred-U-Comp, Inc.

**10247**

NAME Employee: Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707
SSN: ***-**-5537
Status (Fed/State): Married/Withhold
Pay Period: 05/03/2019 - 05/10/2019
Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 05/10/2019

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 0:00 | | 1,350.00 | 12,150.00 |
| Bonus | | | 0.00 | 735.00 |
| Other | | | 0.00 | 40.00 |
| | | | 1,350.00 | 12,925.00 |

Net Pay: 1,054.80 / 10,119.88

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k - Employer | 54.00 | 517.00 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k | -54.00 | -517.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| City | -13.50 | -129.25 |
| Federal Withholding | -80.00 | -746.00 |
| Social Security Employee | -83.70 | -801.35 |
| Medicare Employee | -19.57 | -187.41 |
| PA - Withholding | -41.45 | -396.83 |
| PA - Unemployment | -0.81 | -7.75 |
| | -239.03 | -2,268.59 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.17 | -19.53 |

Cred-U-Comp, Inc., 800 Wyoming Avenue

---

## Cred-U-Comp, Inc.

**1022[?]**

NAME Employee: Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707
SSN: ***-**-5537
Status (Fed/State): Married/Withhold
Pay Period: 04/11/2019 - 04/25/2019
Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 04/25/2019

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 0:00 | | 1,350.00 | 10,800.00 |
| Other | | | 0.00 | 40.00 |
| | | | 1,350.00 | 10,840.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k - Employer | 54.00 | 433.60 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k | -54.00 | -433.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| City | -13.50 | -108.40 |
| Federal Withholding | -80.00 | -645.00 |
| Social Security Employee | -83.70 | -672.08 |
| Medicare Employee | -19.57 | -157.18 |
| PA - Withholding | -41.45 | -332.82 |
| PA - Unemployment | -0.81 | -6.50 |
| | -239.03 | -1,921.98 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.17 | -17.36 |

Net Pay: 1,054.80 / 8,467.06

Cred-U-Comp, Inc., 800 Wyoming Avenue

---

## Cred-U-Comp, Inc.

**10217**

NAME Employee: Deborah L. Kankiewicz, 3099 Nuangola Road, Mountain Top, PA 18707
SSN: ***-**-5537
Status (Fed/State): Married/Withhold
Pay Period: 03/27/2019 - 04/10/2019
Allowances/Extra: Fed-0/0/PA-0/0
Pay Date: 04/10/2019

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Salary | 0:00 | | 1,350.00 | 9,450.00 |
| Other EXTRA | 1.00 | 40.00 | 40.00 | 40.00 |
| | 1.00 | | 1,390.00 | 9,490.00 |

| Non-taxable Company Items | Current | YTD Amount |
|---|---|---|
| 401k - Employer | 55.60 | 379.60 |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 401k | -55.60 | -379.60 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| City | -13.90 | -94.90 |
| Federal Withholding | -85.00 | -565.00 |
| Social Security Employee | -86.18 | -588.38 |
| Medicare Employee | -20.16 | -137.61 |
| PA - Withholding | -42.67 | -291.37 |
| PA - Unemployment | -0.83 | -5.69 |
| | -248.74 | -1,682.95 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| LST | -2.17 | -15.19 |

Net Pay: 1,083.49 / 7,412.26