NEW GLOBAL MARKETING INC  
1 HILLSIDE DRIVE  
DRUMS PA 18222

1307-0485  
ORG1:930 Retail  
EE ID: 336          DD

STEVEN KANKIEWICZ  
3099 NUANGOLA ROAD  
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Steven Kankiewicz  
3099 Nuangola Road  
Mountain Top, PA 18707  
Soc Sec #: xxx-xx-xxxx    Employee ID: 336

Home Department: 930 Retail

Pay Period: 03/20/19 to 04/02/19  
Check Date: 04/05/19    Check #: 11345

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 892.03 | 1073.52 |
| **NET PAY** | **892.03** | **1073.52** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| FT | 0.00 hrs | 0.00 hrs |
| Personal | 0.00 hrs | 0.00 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 79.68 | 13.0000 | 1035.84 | 95.68 | 1243.84 |
| Overtime | 0.40 | 19.5000 | 7.80 | 0.40 | 7.80 |
| **Total Hours** | 80.08 | | | 96.08 | |
| **Gross Earnings** | | | 1043.64 | | 1251.64 |
| Total Hrs Worked | 80.08 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 64.70 | 77.60 |
| Medicare | | 15.13 | 18.15 |
| Fed Income Tax | M 2 | 26.67 | 26.67 |
| PA Income Tax | | 32.04 | 38.43 |
| PA Unemploy | | 0.63 | 0.75 |
| PA BUTLR-Luz In | | 10.44 | 12.52 |
| PA LBUTL-Luz LS | | 2.00 | 4.00 |
| **TOTAL** | | 151.61 | 178.12 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 892.03 | 1073.52 |

Payrolls by Paychex, Inc.

NEW GLOBAL MARKETING INC
1 HILLSIDE DRIVE
DRUMS PA 18222

1307-0485
ORG1:930 Retail
EE ID: 336      DD

STEVEN KANKIEWICZ
3099 NUANGOLA ROAD
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Steven Kankiewicz
3099 Nuangola Road
Mountain Top, PA 18707
Soc Sec #: xxx-xx-xxxx    Employee ID: 336

**Home Department:** 930 Retail

**Pay Period:** 04/03/19 to 04/16/19
**Check Date:** 04/19/19    **Check #:** 11388

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 895.27 | 1968.79 |
| **NET PAY** | **895.27** | **1968.79** |

**TIME OFF** (Based on Policy Year)

| DESCRIPTION | AMT TAKEN | TOTAL BAL |
|---|---|---|
| FT | 0.00 hrs | 0.00 hrs |
| DESCRIPTION | AMT TAKEN | TOTAL BAL |
| Personal | 0.00 hrs | 0.00 hrs |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 13.0000 | 1040.00 | 175.68 | 2283.84 |
| Overtime | 0.40 | 19.5000 | 7.80 | 0.80 | 15.60 |
| **Total Hours** | 80.40 | | | 176.48 | |
| **Gross Earnings** | | | 1047.80 | | 2299.44 |
| **Total Hrs Worked** | 80.40 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 64.97 | 142.57 |
| Medicare | | 15.19 | 33.34 |
| Fed Income Tax | M 2 | 27.09 | 53.76 |
| PA Income Tax | | 32.17 | 70.60 |
| PA Unemploy | | 0.63 | 1.38 |
| PA BUTLR-Luz In | | 10.48 | 23.00 |
| PA LBUTL-Luz LS | | 2.00 | 6.00 |
| **TOTAL** | | 152.53 | 330.65 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 895.27 | 1968.79 |

Payrolls by Paychex, Inc.

0027 1307-0485 NEW GLOBAL MARKETING INC • 1 Hillside Drive • Drums PA 18222 • (570) 708-8108

STEVEN KANKIEWICZ  
3099 NUANGOLA ROAD  
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Steven Kankiewicz | | | | Hourly | 80.00 | 13.0000 | 1040.00 | 80.00 | 1040.00 |
| 3099 Nuangola Road | | | | Overtime | 0.28 | 19.5000 | 5.46 | 0.28 | 5.46 |
| Mountain Top, PA 18707 | | | | Total Hours | 80.28 | | | | |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 3 | | | | Gross Earnings | | | 1045.46 | | 1045.46 |
| | | | | Total Hrs Worked | 80.28 | | | | |
| Pay Period: 04/17/19 to 04/30/19 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Date: 05/03/19   Check #: 1 | | | | Social Security | | | 64.82 | | 64.82 |
| NET PAY ALLOCATIONS | | | | Medicare | | | 15.16 | | 15.16 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Fed Income Tax | M 2 | | 26.85 | | 26.85 |
| Check Amount | 0.00 | 0.00 | | PA Income Tax | | | 32.10 | | 32.10 |
| Chkg 0691 | 893.45 | 893.45 | | PA Unemploy | | | 0.63 | | 0.63 |
| NET PAY | 893.45 | 893.45 | | PA BUTLR-Luz In | | | 10.45 | | 10.45 |
| | | | | PA LBUTL-Luz LS | | | 2.00 | | 2.00 |
| | | | | TOTAL | | | 152.01 | | 152.01 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 893.45 | 893.45 |

Payrolls by Paychex, Inc.

STEVEN KANKIEWICZ  
3099 NUANGOLA ROAD  
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Steven Kankiewicz  
3099 Nuangola Road  
Mountain Top, PA 18707  
Soc Sec #: xxx-xx-xxxx   Employee ID: 3

Pay Period: 05/01/19 to 05/14/19  
Check Date: 05/17/19   Check #: 4

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 882.27 | 1775.72 |
| NET PAY | 882.27 | 1775.72 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 79.32 | 13.0000 | 1031.16 | 159.32 | 2071.16 |
| Overtime | | | | 0.28 | 5.46 |
| Total Hours | 79.32 | | | 159.60 | |
| Gross Earnings | | | 1031.16 | | 2076.62 |
| Total Hrs Worked | 79.32 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 63.93 | 128.75 |
| Medicare | | 14.95 | 30.11 |
| Fed Income Tax | M 2 | 25.42 | 52.27 |
| PA Income Tax | | 31.66 | 63.76 |
| PA Unemploy | | 0.62 | 1.25 |
| PA BUTLR-Luz In | | 10.31 | 20.76 |
| PA LBUTL-Luz LS | | 2.00 | 4.00 |
| TOTAL | | 148.89 | 300.90 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 882.27 | 1775.72 |

Payrolls by Paychex, Inc.

0027 1308-2413 Best Cigar Pub • 3 Hillside Drive • Drums PA 18222 • (570) 708-8108

BEST CIGAR PUB
3 HILLSIDE DRIVE
DRUMS PA 18222

1308-2413
EE ID: 3    DD

NON-NEGOTIABLE

STEVEN KANKIEWICZ
3099 NUANGOLA ROAD
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Steven Kankiewicz
3099 Nuangola Road
Mountain Top, PA 18707
Soc Sec #: xxx-xx-xxxx    Employee ID: 3

Pay Period: 05/15/19 to 05/28/19
Check Date: 05/31/19    Check #: 7

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 894.06 | 2669.78 |
| **NET PAY** | **894.06** | **2669.78** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 13.0000 | 1040.00 | 239.32 | 3111.16 |
| Overtime | 0.32 | 19.5000 | 6.24 | 0.60 | 11.70 |
| Total Hours | 80.32 | | | 239.92 | |
| Gross Earnings | | | 1046.24 | | 3122.86 |
| Total Hrs Worked | 80.32 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 64.87 | 193.62 |
| Medicare | | 15.17 | 45.28 |
| Fed Income Tax | M 2 | 26.93 | 79.20 |
| PA Income Tax | | 32.12 | 95.88 |
| PA Unemploy | | 0.63 | 1.88 |
| PA BUTLR-Luz In | | 10.46 | 31.22 |
| PA LBUTL-Luz LS | | 2.00 | 6.00 |
| **TOTAL** | | **152.18** | **453.08** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 894.06 | 2669.78 |

Payrolls by Paychex, Inc.

0027 1308-2413 Best Cigar Pub • 3 Hillside Drive • Drums PA 18222 • (570) 708-8108

STEVEN KANKIEWICZ
3099 NUANGOLA ROAD
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Steven Kankiewicz
3099 Nuangola Road
Mountain Top, PA 18707
Soc Sec #: xxx-xx-xxxx    Employee ID: 3

Pay Period: 05/29/19 to 06/11/19
Check Date: 06/14/19    Check #: 10

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 923.21 | 3592.99 |
| NET PAY | 923.21 | 3592.99 |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.00 | 13.0000 | 1040.00 | 319.32 | 4151.16 |
| Overtime | 2.23 | 19.5000 | 43.49 | 2.83 | 55.19 |
| Total Hours | 82.23 | | | 322.15 | |
| Gross Earnings | | | 1083.49 | | 4206.35 |
| Total Hrs Worked | 82.23 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.17 | 260.79 |
| Medicare | | 15.71 | 60.99 |
| Fed Income Tax | M 2 | 30.66 | 109.86 |
| PA Income Tax | | 33.26 | 129.14 |
| PA Unemploy | | 0.65 | 2.53 |
| PA BUTLR-Luz In | | 10.83 | 42.05 |
| PA LBUTL-Luz LS | | 2.00 | 8.00 |
| TOTAL | | 160.28 | 613.36 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 923.21 | 3592.99 |

Payrolls by Paychex, Inc.

0027 1308-2413  Best Cigar Pub • 3 Hillside Drive • Drums PA 18222 • (570) 708-8108

STEVEN KANKIEWICZ  
3099 NUANGOLA ROAD  
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Steven Kankiewicz  
3099 Nuangola Road  
Mountain Top, PA 18707  
Soc Sec #: xxx-xx-xxxx   Employee ID: 3

Pay Period: 06/12/19 to 06/25/19  
Check Date: 06/28/19   Check #: 13

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 894.24 | 4487.23 |
| **NET PAY** | **894.24** | **4487.23** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.50 | 13.0000 | 1046.50 | 399.82 | 5197.66 |
| Overtime | | | | 2.83 | 55.19 |
| Total Hours | 80.50 | | | 402.65 | |
| Gross Earnings | | | 1046.50 | | 5252.85 |
| Total Hrs Worked | 80.50 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 64.89 | 325.68 |
| Medicare | | 15.18 | 76.17 |
| Fed Income Tax | M 2 | 26.96 | 136.82 |
| PA Income Tax | | 32.13 | 161.27 |
| PA Unemploy | | 0.63 | 3.16 |
| PA BUTLR-Luz In | | 10.47 | 52.52 |
| PA LBUTL-Luz LS | | 2.00 | 10.00 |
| **TOTAL** | | **152.26** | **765.62** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 894.24 | 4487.23 |

Payrolls by Paychex, Inc.

BEST CIGAR PUB  
3 HILLSIDE DRIVE  
DRUMS PA 18222  

1308-2413  
EE ID: 3     DD  

STEVEN KANKIEWICZ  
3099 NUANGOLA ROAD  
MOUNTAIN TOP PA 18707  

NON-NEGOTIABLE  

NON-NEGOTIABLE  

### PERSONAL AND CHECK INFORMATION
Steven Kankiewicz  
3099 Nuangola Road  
Mountain Top, PA 18707  
Soc Sec #: xxx-xx-xxxx    Employee ID: 3  

Pay Period: 06/26/19 to 07/09/19  
Check Date: 07/12/19    Check #: 17  

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 890.41 | 5377.64 |
| **NET PAY** | **890.41** | **5377.64** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 72.12 | 13.0000 | 937.56 | 471.94 | 6135.22 |
| Overtime | | | | 2.83 | 55.19 |
| Holiday | 8.00 | 13.0000 | 104.00 | 8.00 | 104.00 |
| Total Hours | 80.12 | | | 482.77 | |
| Gross Earnings | | | 1041.56 | | 6294.41 |
| Total Hrs Worked | 72.12 | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 64.57 | 390.25 |
| Medicare | | 15.10 | 91.27 |
| Fed Income Tax | M 2 | 26.46 | 163.28 |
| PA Income Tax | | 31.98 | 193.25 |
| PA Unemploy | | 0.62 | 3.78 |
| PA BUTLR-Luz In | | 10.42 | 62.94 |
| PA LBUTL-Luz LS | | 2.00 | 12.00 |
| **TOTAL** | | 151.15 | 916.77 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 890.41 | 5377.64 |

Payrolls by Paychex, Inc.

0027 1308-2413 Best Cigar Pub • 3 Hillside Drive • Drums PA 18222 • (570) 708-8108

BEST CIGAR PUB
3 HILLSIDE DRIVE
DRUMS PA 18222

1308-2413
ORG1:1 Retail
EE ID: 3          DD

STEVEN KANKIEWICZ
3099 NUANGOLA ROAD
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Steven Kankiewicz | | | | Hourly | 80.61 | 13.0000 | 1047.93 | 552.55 | 7183.15 |
| 3099 Nuangola Road | | | | Overtime | | | | 2.83 | 55.19 |
| Mountain Top, PA 18707 | | | | Bonus | | | 150.00 | | 150.00 |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 3 | | | | Holiday | | | | 8.00 | 104.00 |
| | | | | Total Hours | 80.61 | | | 563.38 | |
| Home Department: 1 Retail | | | | Gross Earnings | | | 1197.93 | | 7492.34 |
| | | | | Total Hrs Worked | 80.61 | | | | |
| Pay Period: 07/10/19 to 07/23/19 | | | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Date: 07/26/19   Check #: 20 | | | | Social Security | | | 47.10 | | 437.35 |
| NET PAY ALLOCATIONS | | | | Medicare | | | 11.01 | | 102.28 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | Fed Income Tax | M 2 | | | | 163.28 |
| Check Amount | 0.00 | 0.00 | | PA Income Tax | | | 23.32 | | 216.57 |
| Chkg 0691 | 667.95 | 6045.59 | | PA Unemploy | | | 0.72 | | 4.50 |
| NET PAY | 667.95 | 6045.59 | | PA BUTLR-Luz In | | | 7.60 | | 70.54 |
| | | | | PA LBUTL-Luz LS | | | 2.00 | | 14.00 |
| | | | | TOTAL | | | 91.75 | | 1008.52 |
| | | | DEDUCTIONS | DESCRIPTION | | | THIS PERIOD ($) | | YTD ($) |
| | | | | Dental Pre-Tax | | | 32.45 | | 32.45 |
| | | | | Medical Pre-Tax | | | 399.96 | | 399.96 |
| | | | | Vision Pre-Tax | | | 5.82 | | 5.82 |
| | | | | TOTAL | | | 438.23 | | 438.23 |
| | | | NET PAY | | | | THIS PERIOD ($) 667.95 | | YTD ($) 6045.59 |

Payrolls by Paychex, Inc.

0027 1308-2413 Best Cigar Pub • 3 Hillside Drive • Drums PA 18222 • (570) 708-8108

Case 5:19-bk-00802-RNO   Doc 29   Filed 10/03/19   Entered 10/03/19 11:03:26   Desc
Main Document     Page 9 of 13

BEST CIGAR PUB  
3 HILLSIDE DRIVE  
DRUMS PA  18222

1308-2413  
ORG1:1 Retail  
EE ID: 3     DD

STEVEN KANKIEWICZ  
3099 NUANGOLA ROAD  
MOUNTAIN TOP PA  18707

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Steven Kankiewicz | | |
| 3099 Nuangola Road | | |
| Mountain Top, PA  18707 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 3 | | |
| Home Department: 1 Retail | | |
| Pay Period: 07/24/19 to 08/06/19 | | |
| Check Date: 08/09/19    Check #: 25 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 702.46 | 6748.05 |
| **NET PAY** | **702.46** | **6748.05** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 79.98 | 13.0000 | 1039.74 | 632.53 | 8222.89 |
| Overtime | | | | 2.83 | 55.19 |
| Bonus | | | | | 150.00 |
| Holiday | | | | 8.00 | 104.00 |
| Total Hours | 79.98 | | | 643.36 | |
| Gross Earnings | | | 1039.74 | | 8532.08 |
| Total Hrs Worked | 79.98 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.70 | 487.05 |
| Medicare | | 11.63 | 113.91 |
| Fed Income Tax | M 2 | 2.46 | 165.74 |
| PA Income Tax | | 24.61 | 241.18 |
| PA Unemploy | | 0.62 | 5.12 |
| PA BUTLR-Luz In | | 8.01 | 78.55 |
| PA LBUTL-Luz LS | | 2.00 | 16.00 |
| **TOTAL** | | **99.03** | **1107.55** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Dental Pre-Tax | 32.45 | 64.90 |
| Medical Pre-Tax | 199.98 | 599.94 |
| Vision Pre-Tax | 5.82 | 11.64 |
| **TOTAL** | **238.25** | **676.48** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 702.46 | 6748.05 |

Payrolls by Paychex, Inc.

0027 1308-2413  Best Cigar Pub • 3 Hillside Drive • Drums PA  18222 • (570) 708-8108

BEST CIGAR PUB
3 HILLSIDE DRIVE
DRUMS PA 18222

1308-2413
ORG1:1 Retail
EE ID: 3     DD

STEVEN KANKIEWICZ
3099 NUANGOLA ROAD
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Steven Kankiewicz | | |
| 3099 Nuangola Road | | |
| Mountain Top, PA 18707 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 3 | | |
| Home Department: 1 Retail | | |
| Pay Period: 08/07/19 to 08/20/19 | | |
| Check Date: 08/23/19   Check #: 31 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 656.77 | 7404.82 |
| **NET PAY** | **656.77** | **7404.82** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 59.78 | 13.0000 | 777.14 | 692.31 | 9000.03 |
| Personal | 16.00 | 13.0000 | 208.00 | 16.00 | 208.00 |
| Overtime | | | | 2.83 | 55.19 |
| Bonus | | | | | 150.00 |
| Holiday | | | | 8.00 | 104.00 |
| **Total Hours** | 75.78 | | | 719.14 | |
| **Gross Earnings** | | | 985.14 | | 9517.22 |
| **Total Hrs Worked** | 75.78 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 46.30 | 533.35 |
| Medicare | | 10.83 | 124.74 |
| Fed Income Tax | M 2 | | 165.74 |
| PA Income Tax | | 22.93 | 264.11 |
| PA Unemploy | | 0.59 | 5.71 |
| PA BUTLR-Luz In | | 7.47 | 86.02 |
| PA LBUTL-Luz LS | | 2.00 | 18.00 |
| **TOTAL** | | **90.12** | **1197.67** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Dental Pre-Tax | 32.45 | 97.35 |
| Medical Pre-Tax | 199.98 | 799.92 |
| Vision Pre-Tax | 5.82 | 17.46 |
| **TOTAL** | **238.25** | **914.73** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 656.77 | 7404.82 |

Payrolls by Paychex, Inc.

0027 1308-2413 Best Cigar Pub • 3 Hillside Drive • Drums PA 18222 • (570) 708-8108

BEST CIGAR PUB
3 HILLSIDE DRIVE
DRUMS PA 18222

1308-2413
ORG1:1 Retail
EE ID: 3      DD

STEVEN KANKIEWICZ
3099 NUANGOLA ROAD
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

**PERSONAL AND CHECK INFORMATION**
Steven Kankiewicz
3099 Nuangola Road
Mountain Top, PA 18707
Soc Sec #: xxx-xx-xxxx    Employee ID: 3

Home Department: 1 Retail

Pay Period: 08/21/19 to 09/03/19
Check Date: 09/06/19    Check #: 38

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 712.65 | 8117.47 |
| **NET PAY** | **712.65** | **8117.47** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 72.98 | 13.0000 | 948.74 | 765.29 | 9948.77 |
| Personal | | | | 16.00 | 208.00 |
| Overtime | | | | 2.83 | 55.19 |
| Bonus | | | | | 150.00 |
| Holiday | 8.00 | 13.0000 | 104.00 | 16.00 | 208.00 |
| Total Hours | 80.98 | | | 800.12 | |
| Gross Earnings | | | 1052.74 | | 10569.96 |
| Total Hrs Worked | 72.98 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 50.50 | 583.85 |
| Medicare | | 11.81 | 136.55 |
| Fed Income Tax | M 2 | 3.76 | 169.50 |
| PA Income Tax | | 25.00 | 289.11 |
| PA Unemploy | | 0.63 | 6.34 |
| PA BUTLR-Luz In | | 8.14 | 94.16 |
| PA LBUTL-Luz LS | | 2.00 | 20.00 |
| **TOTAL** | | **101.84** | **1299.51** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Dental Pre-Tax | 32.45 | 129.80 |
| Medical Pre-Tax | 199.98 | 999.90 |
| Vision Pre-Tax | 5.82 | 23.28 |
| **TOTAL** | **238.25** | **1152.98** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 712.65 | 8117.47 |

Payrolls by Paychex, Inc.

0027 1308-2413 Best Cigar Pub • 3 Hillside Drive • Drums PA 18222 • (570) 708-8108

BEST CIGAR PUB
3 HILLSIDE DRIVE
DRUMS PA 18222

1308-2413
ORG1:1 Retail
EE ID: 3        DD

STEVEN KANKIEWICZ
3099 NUANGOLA ROAD
MOUNTAIN TOP PA 18707

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Steven Kankiewicz
3099 Nuangola Road
Mountain Top, PA 18707
Soc Sec #: xxx-xx-xxxx    Employee ID: 3

Home Department: 1 Retail

Pay Period: 09/04/19 to 09/17/19
Check Date: 09/20/19    Check #: 45

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 0691 | 702.98 | 8820.45 |
| **NET PAY** | **702.98** | **8820.45** |

### EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 80.03 | 13.0000 | 1040.39 | 845.32 | 10989.16 |
| Personal | | | | 16.00 | 208.00 |
| Overtime | | | | 2.83 | 55.19 |
| Bonus | | | | | 150.00 |
| Holiday | | | | 16.00 | 208.00 |
| Total Hours | 80.03 | | | 880.15 | |
| Gross Earnings | | | 1040.39 | | |
| Total Hrs Worked | 80.03 | | | | 11610.35 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 49.74 | 633.59 |
| Medicare | | 11.63 | 148.18 |
| Fed Income Tax | M 2 | 2.52 | 172.02 |
| PA Income Tax | | 24.63 | 313.74 |
| PA Unemploy | | 0.62 | 6.96 |
| PA BUTLR-Luz In | | 8.02 | 102.18 |
| PA LBUTL-Luz LS | | 2.00 | 22.00 |
| **TOTAL** | | **99.16** | **1398.67** |

### DEDUCTIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Dental Pre-Tax | 32.45 | 162.25 |
| Medical Pre-Tax | 199.98 | 1199.88 |
| Vision Pre-Tax | 5.82 | 29.10 |
| **TOTAL** | **238.25** | **1391.23** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 702.98 | 8820.45 |

*Payrolls by Paychex, Inc.*

0027 1308-2413  Best Cigar Pub • 3 Hillside Drive • Drums PA 18222 • (570) 708-8108