```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 19-00802-RNO
Steven Richard Kankiewicz                                           Chapter 13
Deborah Lou Kankiewicz
        Debtors
                            **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke           Page 1 of 1           Date Rcvd: Apr 13, 2020
                            Form ID: trc              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2020.
5191715        #Ditech Financial LLC,    PO Box 12740,   Tempe, AZ 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Steven Richard Kankiewicz MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 2 Deborah Lou Kankiewicz MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Laura Egerman    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkyecf@rasflaw.com,  legerman@rasnj.com;ras@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                             TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:19-bk-00802-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Steven Richard Kankiewicz
3099 Nuangola Rd
Mountain Top PA 18707-9506

Deborah Lou Kankiewicz
3099 Nuangola Rd
Mountain Top PA 18707-9506

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/13/2020.

Name and Address of Alleged Transferor(s):

Claim No. 12: Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826
NewRez LLC d/b/a Shellpoint Mortgage Ser
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/15/20

Terrence S. Miller
**CLERK OF THE COURT**