```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                                    Case No. 19-00802-RNO
Steven Richard Kankiewicz                                                 Chapter 13
Deborah Lou Kankiewicz
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2              Date Rcvd: May 12, 2020
                              Form ID: pdf010              Total Noticed: 50
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
```
db/jdb         Steven Richard Kankiewicz,    Deborah Lou Kankiewicz,   3099 Nuangola Rd,
                Mountain Top, PA  18707-9506
5191715        #Ditech Financial LLC,    PO Box 12740,    Tempe, AZ 85284-0046
5166840         I C System,   PO Box 64378,    Saint Paul, MN  55164-0378
5166828         Kankiewicz Deborah Lou,    3099 Nuangola Rd,    Mountain Top, PA  18707-9506
5166827         Kankiewicz Steven Richard,    3099 Nuangola Rd,    Mountain Top, PA  18707-9506
5166842        #Law Offices of Hayt, Hayt & Landau, LLC,    123 S Broad St Ste 1660,
                Philadelphia, PA  19109-1003
5166843        +Law Offices of Hayt, Hayt, & Landau, LLC,    Meridian Center l,,   2 Industrial Way W,
                Eatontown, NJ  07724-2279
5166829         Law Offices of Jason P Provinzano LLC,    16 W Northampton St,    Wilkes Barre, PA  18701-1708
5166845         Medical Data Systems I,    645 Walnut St Ste 5,    Gadsden, AL  35901-4173
5320484         NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826
5320485         NewRez LLC d/b/a Shellpoint Mortgage Servicing,    P.O. Box 10826,    Greenville, SC 29603-0826,
                NewRez LLC d/b/a Shellpoint Mortgage Ser,    P.O. Box 10826,    Greenville, SC 29603-0826
5166851        ++RBC,    PO BOX 1548,    MANSFIELD OH  44901-1548
                (address filed with court: Rbc,     PO Box 1548,    Mansfield, OH  44901-1548)
5166853         Regency Cons Disc Co I,    393 Meridian Ave,    Scranton, PA  18504-2630
5166854         U S Dept of Ed,   181 Montour Run Rd,    Coraopolis, PA  15108-9408
5233320         U.S. Department of Education,    PO Box 16448,    St. Paul, MN  55116-0448
5197449        +University Hospitals Samaritan,    RBC Inc,    PO Box 1548,    Mansfield OH  44901-1548
5166855         Wilkes-Barre General Hospital,    575 N River St,    Wilkes Barre, PA  18764-0999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             E-mail/Text: ebnnotifications@creditacceptance.com May 12 2020 19:50:59
                Credit Acceptance Corporation,    25505 West 12 Mile Road,    Southfield, MI  48034
5171069        E-mail/Text: Bankruptcy.RI@Citizensbank.com May 12 2020 19:50:56     Citizens Bank N.A.,
                One Citizens Bank Way JCA115,    Johnston, RI  02919
5173302        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 19:52:55
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC  28272-1083
5166830        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 19:52:56
                Capital One Bank USA N,    PO Box 30281,    Salt Lake City, UT  84130-0281
5166831        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 12 2020 19:52:55
                Capital One Bank USA N.A.,    Attn: General Correspondence,    PO Box 30285,
                Salt Lake City, UT  84130-0285
5168178       +E-mail/Text: bankruptcy@cavps.com May 12 2020 19:51:18     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY  10595-2321
5166832        E-mail/Text: Bankruptcy.RI@Citizensbank.com May 12 2020 19:50:56     Citizens Bank,
                1000 Lafayette Blvd,    Bridgeport, CT  06604-4725
5166833        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 19:51:10     Comenity Bank,
                PO Box 182273,    Columbus, OH  43218-2273
5166834        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 12 2020 19:51:10     Comenitycb/boscov,
                PO Box 182120,    Columbus, OH  43218-2120
5171224       +E-mail/Text: ebnnotifications@creditacceptance.com May 12 2020 19:50:59     Credit Acceptance,
                25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI  48034-8331
5166835        E-mail/Text: ebnnotifications@creditacceptance.com May 12 2020 19:50:59
                Credit Acceptance Corp,    PO Box 513,    Southfield, MI  48037-0513
5166836        E-mail/PDF: creditonebknotifications@resurgent.com May 12 2020 19:52:07
                Credit One Bank N.A.,    PO Box 98873,    Las Vegas, NV  89193-8873
5166837        E-mail/Text: bankruptcy@cbtno.com May 12 2020 19:51:28     Crescent Bank and Trus,
                5401 Jefferson Hwy Ste D,    Harahan, LA  70123-4232
5166838        E-mail/Text: G06041@att.com May 12 2020 19:51:18     DirecTV,    PO Box 5007,
                Carol Stream, IL  60197-5007
5192063        E-mail/Text: G06041@att.com May 12 2020 19:51:19     Directv, LLC,
                by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
5166841        E-mail/Text: sbse.cio.bnc.mail@irs.gov May 12 2020 19:51:04     Internal Revenue Service,
                Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA  19101-7346
5194151        E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2020 19:52:08     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
5174576        E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2020 19:52:58     LVNV Funding, LLC,
                c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC  29603-0587
5166844        E-mail/PDF: resurgentbknotifications@resurgent.com May 12 2020 19:52:58     Lvnv Funding LLC,
                PO Box 1269,    Greenville, SC  29602-1269
5171402        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 12 2020 19:52:07     MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC  29603-0368
5166846        E-mail/PDF: MerrickBKNotifications@Resurgent.com May 12 2020 19:52:57     Merrick Bank Corp,
                PO Box 9201,    Old Bethpage, NY  11804-9001
5166847        E-mail/Text: bankruptcydpt@mcmcg.com May 12 2020 19:51:14     Midland Funding,
                2365 Northside Dr Ste 30,    San Diego, CA  92108-2709
5182375       +E-mail/Text: bankruptcydpt@mcmcg.com May 12 2020 19:51:14     Midland Funding LLC,
                PO Box 2011,    Warren, MI  48090-2011
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5173299      +E-mail/PDF: cbp@onemainfinancial.com May 12 2020 19:52:03      OneMain,   PO Box 3251,
              Evansville, IN 47731-3251
5166848       E-mail/PDF: cbp@onemainfinancial.com May 12 2020 19:52:04      Onemain,   PO Box 1010,
              Evansville, IN  47706-1010
5193430       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 19:52:56
              Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5183508       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2020 19:51:13
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
5166849       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 12 2020 19:51:13
              Pennsylvania Department of Revenue,   Bureau of Compliance,   PO Box 280946,
              Harrisburg, PA  17128-0946
5166850       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 12 2020 19:52:07
              Portfolio Recov Assoc,   120 Corporate Blvd Ste 1,   Norfolk, VA  23502-4952
5192095       E-mail/Text: bnc-quantum@quantum3group.com May 12 2020 19:51:11
              Quantum3 Group LLC as agent for,   Velocity Investments LLC,   PO Box 788,
              Kirkland, WA  98083-0788
5192859       E-mail/Text: bnc-quantum@quantum3group.com May 12 2020 19:51:11
              Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
              Kirkland, WA  98083-0788
5166852       E-mail/Text: Supportservices@receivablesperformance.com May 12 2020 19:51:22
              Receivables Performanc,   20816 44th Ave W,   Lynnwood, WA  98036-7744
5196178      +E-mail/Text: bncmail@w-legal.com May 12 2020 19:51:16      SYNCHRONY BANK,
              c/o Weinstein & Riley, PS,   2001 Western Ave., Ste 400,   Seattle, WA 98121-3132
                                                                                           TOTAL: 33

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5166839      ##Ditech Financial LLC,   PO Box 6172,   Rapid City, SD  57709-6172
                                                                        TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Jason Paul Provinzano    on behalf of Debtor 1 Steven Richard Kankiewicz MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Jason Paul Provinzano    on behalf of Debtor 2 Deborah Lou Kankiewicz MyLawyer@JPPLaw.com,
               G17727@notify.cincompass.com
              Laura  Egerman    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
               bkyecf@rasflaw.com,   legerman@rasnj.com;ras@ecf.courtdrive.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                            TOTAL: 7
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Steven Richard Kankiewicz | : | CHAPTER 13 |
| Deborah Lou Kankiewicz | : | |
| Debtors | : | |
| | : | CASE NO.: 5:19-bk-00802-RNO |
| Steven Richard Kankiewicz | : | |
| Deborah Lou Kankiewicz | : | |
| Movants | : | |
| vs. | : | |
| Charles J. DeHart, III, Esquire | : | |
| Respondent | : | |

___

## ORDER

After notice and service to creditors and parties in interest under FRBP 9013 and upon consideration of the Debtors' Motion to Temporarily Suspend Trustee Payments, it is hereby ORDERED, ADJUDGED AND DECREED by this Honorable Court that the Debtors' Motion to Temporarily Suspend Trustee Payments is GRANTED and the Debtors are allowed to suspend payments to the Chapter 13 Trustee for a period of three (3) months (i.e. April 2020 through June 2020) due to a temporary loss of income and it is further ordered that if the Debtors' employment stabilizes prior to the three (3) month period, Debtors are ordered to commence making monthly payments to the Chapter 13 Trustee.

Dated: May 11, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (DG)