UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN RE  CASE NO. 19-00802
CHAPTER 13

DEBTOR(S) Steven Richard Kankiewicz
Deborah Lou Kankiewicz

NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Comes now the Creditor, Crescent Bank and Trust, and provides a Second Amended Notice of a Change of Address as indicated below. This notice replaces any previously filed Notices of Change of Address for Creditor.

1. NEW address for creditor PAYMENT:  P. O. BOX 2829, ADDISON, TX 75001

   OLD address for creditor PAYMENT:  P. O. BOX 1407, CHESAPEAK, VA 23227

2. NEW address for creditor NOTICE:  P. O. BOX 2829, ADDISON, TX 75001

   OLD address for creditor NOTICE:  P. O. BOX 1407, CHESAPEAK, VA 23227

3. Claim # 2 Claim Amount $9992.19

Respectfully submitted,

/s/  Angela Coleman
Crescent Bank & Trust
P. O. Box 2829
Addison, TX 75001
Phone: 214-971-7127
Fax: 866-859-7931
bankruptcy@cbtno.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF CHANGE OF ADDRESS FOR CREDITOR was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court on July 7th 2020 addressed to:

Debtor(s) Name     Steven Richard Kankiewicz
                              Deborah Lou Kankiewicz

Address             3099 Nuangola Rd
                              Mountain Top, PA 18707-9506

All Creditors – Mailing Matrix

                                                         /s/      Angela Coleman
                                                                  Crescent Bank & Trust
                                                                  P. O. Box 2829
                                                                  Phone:    214-971-7127
                                                                  Fax:       866-859-7931
                                                                  bankruptcy@cbtno.com