IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | | |
|---|---|---|
| IN RE: | ) | |
| STEVEN RICHARD KANKIEWICZ | ) | CASE NO.: 5:19-bk-00802-MJC |
| AKA STEVEN KANKIEWICZ | ) | CHAPTER 13 |
| AKA STEVEN R. KANKIEWICZ AND | ) | JUDGE MARK J. CONWAY |
| DEBORAH LOU KANKIEWICZ | ) | |
| AKA DEBTORAH KANKIEWICZ | ) | |
| AKA DEBORAH L. KANKIEWICZ | ) | |
| | ) | |
| DEBTOR | ) | |
| | ) | |
| NEWREZ LLC D/B/A SHELLPOINT | ) | |
| MORTGAGE SERVICING | ) | |
| | ) | |
| CREDITOR | ) | |
| | ) | |
| STEVEN RICHARD KANKIEWICZ AND | ) | |
| DEBTORAH LOU KANKIEWICZ, DEBTORS | ) | |
| AND JACK ZAHAROPOULOS, TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 4th day of August 2022

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 4th day of August 2022.

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## SERVICE LIST (CASE NO. 5:19-bk-00802-MJC)

*DEBTORS*
STEVEN RICHARD KANKIEWICZ
DEBORAH LOU KANKIEWICZ
3099 NUANGOLA RD
MOUNTAIN TOP, PA 18707-9506

*ATTORNEYS FOR DEBTOR*
JASON PAUL PROVINZANO
LAW OFFICES OF JASON P. PROVINZANO, LLC
16 W. NORTHAMPTON STREET
WILKES BARRE, PA 18701
MYLAWYER@JPPLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
USTPREGION03.HA.ECF@USDOJ.GOV