IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| STEVEN RICHARD KANKIEWICZ ) | CASE NO.: 5:19-bk-00802-MJC |
| AKA STEVEN KANKIEWICZ ) | CHAPTER 13 |
| AKA STEVEN R. KANKIEWICZ AND ) | JUDGE MARK J. CONWAY |
| DEBORAH LOU KANKIEWICZ ) | |
| AKA DEBTORAH KANKIEWICZ ) | |
| AKA DEBORAH L. KANKIEWICZ ) | |
| ) | |
| DEBTOR ) | |
| ) | |
| NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| STEVEN RICHARD KANKIEWICZ AND ) | |
| DEBTORAH LOU KANKIEWICZ, DEBTORS ) | |
| AND JACK ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## CERTIFICATE OF NO OBJECTION

I, Joshua I. Goldman, Esquire, attorney for Movant, do hereby certify that to the best of my knowledge, information, and belief, no answer or objection has been filed by the Debtor or the Trustee on Movant's Motion for Relief from Automatic Stay (docket no. 57).

                Respectfully Submitted,

                /s/ Joshua I. Goldman
                Joshua I. Goldman, Esq.
                Pennsylvania Bar # 205047
                PADGETT LAW GROUP
                6267 Old Water Oak Road, Suite 203
                Tallahassee, FL 32312
                (850) 422-2520 (telephone)
                josh.goldman@padgettlawgroup.com
                *Counsel for Movant*

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
(WILKES-BARRE)

| | |
|---|---|
| IN RE: ) | |
| STEVEN RICHARD KANKIEWICZ ) | CASE NO.: 5:19-bk-00802-MJC |
| AKA STEVEN KANKIEWICZ ) | CHAPTER 13 |
| AKA STEVEN R. KANKIEWICZ AND ) | JUDGE MARK J. CONWAY |
| DEBORAH LOU KANKIEWICZ ) | |
| AKA DEBTORAH KANKIEWICZ ) | |
| AKA DEBORAH L. KANKIEWICZ ) | |
| ) | |
| DEBTOR ) | |
| ) | |
| NEWREZ LLC D/B/A SHELLPOINT ) | |
| MORTGAGE SERVICING ) | |
| ) | |
| CREDITOR ) | |
| ) | |
| STEVEN RICHARD KANKIEWICZ AND ) | |
| DEBTORAH LOU KANKIEWICZ, DEBTORS ) | |
| AND JACK ZAHAROPOULOS, TRUSTEE ) | |
| ) | |
| RESPONDENTS ) | |

## CERTIFICATE OF SERVICE

I, Joshua I. Goldman, attorney for Movant, do hereby certify that true and correct Copies of the foregoing Certificate of No Objection have been served on August 23, 2022, by first class mail, and/or electronic means upon those listed below:

*DEBTORS*
STEVEN RICHARD KANKIEWICZ
DEBORAH LOU KANKIEWICZ
3099 NUANGOLA RD
MOUNTAIN TOP, PA 18707-9506

*ATTORNEYS FOR DEBTOR*
JASON PAUL PROVINZANO
LAW OFFICES OF JASON P. PROVINZANO, LLC
16 W. NORTHAMPTON STREET
WILKES BARRE, PA 18701
MYLAWYER@JPPLAW.COM

*TRUSTEE*
JACK N ZAHAROPOULOS (TRUSTEE)
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036
INFO@PAMD13TRUSTEE.COM

*U.S. TRUSTEE*
ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
USTPREGION03.HA.ECF@USDOJ.GOV

    Respectfully submitted,

    /s/ Joshua I. Goldman
    JOSHUA I. GOLDMAN, ESQ.
    Pennsylvania Bar # 205047
    PADGETT LAW GROUP
    6267 Old Water Oak Road, Suite 203
    Tallahassee, FL 32312
    (850) 422-2520 (telephone)
    (850) 422-2567 (facsimile)
    josh.goldman@padgettlawgroup.com
    *Counsel for Movant*