United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                         Case No. 19-00802-MJC

Steven Richard Kankiewicz                                                    Chapter 7

Deborah Lou Kankiewicz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                          User: AutoDocke                                       Page 1 of 2

Date Rcvd: Oct 20, 2022                               Form ID: pdf010                                     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Steven Richard Kankiewicz, Deborah Lou Kankiewicz, 3099 Nuangola Rd, Mountain Top, PA 18707-9506 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022                                     Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Steven Richard Kankiewicz MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Deborah Lou Kankiewicz MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Joshua I Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Keri P Ebeck | on behalf of Creditor Crescent Bank & Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com |

| | |
|---|---|
| | legerman@rasnj.com;ras@ecf.courtdrive.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Steven Richard Kankiewicz, | : | |
| Deborah Lou Kankiewicz, | : | Case No. 5:19-bk-00802-MJC |
| Debtors | : | |

### ORDER

Upon consideration of the Debtors' Motion to Convert from Chapter 13 to Chapter 7, Dkt. # 62, **IT IS HEREBY ORDERED** that the above captioned case be and is hereby converted to Chapter 7 of the United States Bankruptcy Code.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 20, 2022