In re:

Case No. 19-00802-MJC

Steven Richard Kankiewicz

Chapter 7

Deborah Lou Kankiewicz

Debtors

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: tele341 | Total Noticed: 49 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Steven Richard Kankiewicz, Deborah Lou Kankiewicz, 3099 Nuangola Rd, Mountain Top, PA 18707-9506 |
| 5166837 | + | Crescent Bank and Trus, PO BOX 2829, ADDISON, TX 75001-2829 |
| 5166828 | | Kankiewicz Deborah Lou, 3099 Nuangola Rd, Mountain Top, PA 18707-9506 |
| 5166827 | | Kankiewicz Steven Richard, 3099 Nuangola Rd, Mountain Top, PA 18707-9506 |
| 5166843 | + | Law Offices of Hayt, Hayt, & Landau, LLC, Meridian Center 1,, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 5166829 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5166853 | | Regency Cons Disc Co I, 393 Meridian Ave, Scranton, PA 18504-2630 |
| 5166854 | | U S Dept of Ed, 181 Montour Run Rd, Coraopolis, PA 15108-9408 |
| 5197449 | + | University Hospitals Samaritan, RBC Inc, PO Box 1548, Mansfield OH 44901-1548 |
| 5166855 | | Wilkes-Barre General Hospital, 575 N River St, Wilkes Barre, PA 18764-0999 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Oct 20 2022 18:39:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5171069 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2022 18:39:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5173302 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2022 18:46:32 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5166830 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2022 18:46:32 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5166831 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2022 18:46:32 | Capital One Bank USA N.A., Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5168178 | + | Email/Text: bankruptcy@cavps.com | Oct 20 2022 18:39:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5166832 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 20 2022 18:39:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 5166833 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2022 18:39:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 5166834 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2022 18:39:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5171224 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 20 2022 18:39:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5166835 | | Email/Text: ebnnotifications@creditacceptance.com | | |

| | | | |
|---|---|---|---|
| | | Oct 20 2022 18:39:00 | Credit Acceptance Corp, PO Box 513, Southfield, MI 48037-0513 |
| 5166836 | | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Oct 20 2022 18:46:37 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 5166838 | | Email/Text: G06041@att.com | |
| | | Oct 20 2022 18:39:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5192063 | | Email/Text: G06041@att.com | |
| | | Oct 20 2022 18:39:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5166840 | | Email/Text: Bankruptcy@ICSystem.com | |
| | | Oct 20 2022 18:39:00 | I C System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5166841 | | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Oct 20 2022 18:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5194151 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 20 2022 18:46:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5174576 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 20 2022 18:46:32 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5166844 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Oct 20 2022 18:46:38 | Lvnv Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5171402 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Oct 20 2022 18:46:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5166845 | | Email/Text: MDSBankruptcies@meddatsys.com | |
| | | Oct 20 2022 18:39:00 | Medical Data Systems I, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5166846 | | Email/PDF: MerrickBKNotifications@Resurgent.com | |
| | | Oct 20 2022 18:46:45 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5166847 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Oct 20 2022 18:39:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 5182375 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Oct 20 2022 18:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5488426 | + | Email/Text: bkecf@padgettlawgroup.com | |
| | | Oct 20 2022 18:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 5320484 | | Email/Text: mtgbk@shellpointmtg.com | |
| | | Oct 20 2022 18:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5320485 | | Email/Text: mtgbk@shellpointmtg.com | |
| | | Oct 20 2022 18:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5173299 | + | Email/PDF: cbp@onemainfinancial.com | |
| | | Oct 20 2022 18:46:37 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5166848 | | Email/PDF: cbp@onemainfinancial.com | |
| | | Oct 20 2022 18:46:33 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5193430 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Oct 20 2022 18:46:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5166849 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Oct 20 2022 18:39:00 | Pennsylvania Department of Revenue, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5183508 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | |
| | | Oct 20 2022 18:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5166850 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Oct 20 2022 18:46:32 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5192859 | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 18:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5192095 | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 18:39:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5166851 | Email/Text: bk@rbccollect.com | Oct 20 2022 18:39:00 | Rbc, PO Box 1548, Mansfield, OH 44901-1548 |
| 5166852 | Email/Text: Supportservices@receivablesperformance.com | Oct 20 2022 18:39:00 | Receivables Performanc, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 5196178 | + Email/Text: bncmail@w-legal.com | Oct 20 2022 18:39:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5233320 | Email/Text: EDBKNotices@ecmc.org | Oct 20 2022 18:39:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5166839 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 5191715 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 5166842 | ## | Law Offices of Hayt, Hayt & Landau, LLC, 123 S Broad St Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022        Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Deborah Lou Kankiewicz MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Steven Richard Kankiewicz MyLawyer@JPPLaw.com G17727@notify.cincompass.com |

Joshua I Goldman

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com
angelica.reyes@padgettlawgroup.com

Keri P Ebeck

on behalf of Creditor Crescent Bank & Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Laura Egerman

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com
legerman@rasnj.com;ras@ecf.courtdrive.com

Lisa Ann Rynard (Trustee)

larynard@larynardlaw.com  aburd@pkh.com,PA88@ecfcbis.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 10

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Kara Gendron | 1−877−715−0840 | 9994937 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| Lisa Rynard | 1−877−810−1022 | 5894927 |
| Jill Spott | 1−888−802−9680 | 2175082 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(01/22)