UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 7 |
| Steven Richard Kankiewicz | : | |
| Deborah Lou Kankiewicz | : | CASE NO.: 5:19-bk-00802-MJC |
| Debtors | : | |

PRAECIPE TO CHANGE DEBTORS' MAILING ADDRESS

TO THE CLERK OF BANKRUPTCY COURT:

Please change the mailing address of record for Debtors, Steven Richard Kankiewicz and Deborah Lou Kankiewicz, to **1048 Township Road 2826, Perrysville, Ohio 44864**.

Date: October 27, 2022

/s/ Jason P. Provinzano, Esquire
Law Offices of Jason P. Provinzano, LLC
By: Jason P. Provinzano, Esquire
16 W. Northampton Street
Wilkes-Barre, PA 18701
Attorney ID: 306451
P: 570-822-5771
F: 570-908-6664
Email: MyLawyer@JPPLaw.com