Certificate Number: 17572-PAM-DE-037085280

Bankruptcy Case Number: 19-00802



17572-PAM-DE-037085280

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 5, 2023, at 10:35 o'clock AM PST, Steven R Kankiewicz completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: January 5, 2023

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor