United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-00802-MJC |
| Steven Richard Kankiewicz | Chapter 7 |
| Deborah Lou Kankiewicz | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Jan 05, 2023 | Form ID: ntfnmg | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Richard Kankiewicz, Deborah Lou Kankiewicz, 1048 Township Road 2826, Perrysville, OH 44864-9753 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Steven Richard Kankiewicz MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Deborah Lou Kankiewicz MyLawyer@JPPLaw.com G17727@notify.cincompass.com |
| Joshua I Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Keri P Ebeck | on behalf of Creditor Crescent Bank & Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com |

| | |
|---|---|
| Laura Egerman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com |
| Lisa Ann Rynard | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Richard Kankiewicz,
aka Steven Kankiewicz, aka Steven R. Kankiewicz,

Chapter 7

**Debtor 1**

Case No. 5:19−bk−00802−MJC

Deborah Lou Kankiewicz,
aka Deborah Kankiewicz, aka Deborah L. Kankiewicz,

**Debtor 2**

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **January 20, 2023**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 5, 2023 |

ntfnmg(04/18)