In re:  Case No. 19-00802-MJC
Steven Richard Kankiewicz  Chapter 7
Deborah Lou Kankiewicz
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 4
Date Rcvd: Jan 30, 2023     Form ID: 318     Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Steven Richard Kankiewicz, Deborah Lou Kankiewicz, 1048 Township Road 2826, Perrysville, OH 44864-9753 |
| 5166837 | + | Crescent Bank and Trus, PO BOX 2829, ADDISON, TX 75001-2829 |
| 5166828 | | Kankiewicz Deborah Lou, 3099 Nuangola Rd, Mountain Top, PA 18707-9506 |
| 5166827 | | Kankiewicz Steven Richard, 3099 Nuangola Rd, Mountain Top, PA 18707-9506 |
| 5166843 | + | Law Offices of Hayt, Hayt, & Landau, LLC, Meridian Center l,, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 5166829 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5166853 | | Regency Cons Disc Co I, 393 Meridian Ave, Scranton, PA 18504-2630 |
| 5166854 | | U S Dept of Ed, 181 Montour Run Rd, Coraopolis, PA 15108-9408 |
| 5197449 | + | University Hospitals Samaritan, RBC Inc, PO Box 1548, Mansfield OH 44901-1548 |
| 5166855 | | Wilkes-Barre General Hospital, 575 N River St, Wilkes Barre, PA 18764-0999 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Jan 30 2023 18:43:00 | Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 5171069 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2023 18:43:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 5173302 | | EDI: CAPITALONE.COM | Jan 30 2023 23:49:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5166830 | | EDI: CAPITALONE.COM | Jan 30 2023 23:49:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5166831 | | EDI: CAPITALONE.COM | Jan 30 2023 23:49:00 | Capital One Bank USA N.A., Attn: General Correspondence, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5168178 | + | Email/Text: bankruptcy@cavps.com | Jan 30 2023 18:43:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5166832 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2023 18:43:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 5166833 | | EDI: WFNNB.COM | Jan 30 2023 23:49:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 5166834 | | EDI: WFNNB.COM | Jan 30 2023 23:49:00 | Comenitycb/boscov, PO Box 182120, Columbus, OH 43218-2120 |
| 5171224 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 30 2023 18:43:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 5166835 | | Email/Text: ebnnotifications@creditacceptance.com | | |

| Notice # | Method | Date/Time | Recipient |
|---|---|---|---|
| | | Jan 30 2023 18:43:00 | Credit Acceptance Corp, PO Box 513, Southfield, MI 48037-0513 |
| 5166836 | Email/PDF: creditonebknotifications@resurgent.com | Jan 30 2023 18:46:41 | Credit One Bank N.A., PO Box 98873, Las Vegas, NV 89193-8873 |
| 5166838 | EDI: DIRECTV.COM | Jan 30 2023 23:49:00 | DirecTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 5192063 | EDI: DIRECTV.COM | Jan 30 2023 23:49:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5166840 | EDI: LCIICSYSTEM | Jan 30 2023 23:49:00 | I C System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 5166841 | EDI: IRS.COM | Jan 30 2023 23:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5194151 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2023 18:46:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5174576 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2023 18:45:59 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 5166829 | Email/Text: mylawyer@jpplaw.com | Jan 30 2023 18:43:00 | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 5166844 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 30 2023 18:45:59 | Lvnv Funding LLC, PO Box 1269, Greenville, SC 29602-1269 |
| 5171402 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2023 18:45:58 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5166845 | Email/Text: MDSBankruptcies@meddatsys.com | Jan 30 2023 18:43:00 | Medical Data Systems I, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5166846 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 30 2023 18:46:24 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5166847 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2023 18:43:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 5182375 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 30 2023 18:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5488426 | + Email/Text: bkecf@padgettlawgroup.com | Jan 30 2023 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 5320484 | Email/Text: mtgbk@shellpointmtg.com | Jan 30 2023 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5320485 | Email/Text: mtgbk@shellpointmtg.com | Jan 30 2023 18:43:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, NewRez LLC d/b/a Shellpoint Mortgage Ser, P.O. Box 10826, Greenville, SC 29603-0826 |
| 5173299 | + EDI: AGFINANCE.COM | Jan 30 2023 23:49:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5166848 | EDI: AGFINANCE.COM | Jan 30 2023 23:49:00 | Onemain, PO Box 1010, Evansville, IN 47706-1010 |
| 5193430 | EDI: PRA.COM | Jan 30 2023 23:49:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5166849 | EDI: PENNDEPTREV | Jan 30 2023 23:49:00 | Pennsylvania Department of Revenue, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5166849 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2023 18:43:00 | Pennsylvania Department of Revenue, Bureau of |

| Recip ID | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- |
| | | | Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5183508 | EDI: PENNDEPTREV | Jan 30 2023 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5183508 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 30 2023 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5166850 | EDI: PRA.COM | Jan 30 2023 23:49:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 5192859 | EDI: Q3G.COM | Jan 30 2023 23:49:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5192095 | EDI: Q3G.COM | Jan 30 2023 23:49:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5166851 | Email/Text: bk@rbccollect.com | Jan 30 2023 18:43:00 | Rbc, PO Box 1548, Mansfield, OH 44901-1548 |
| 5166852 | Email/Text: Supportservices@receivablesperformance.com | Jan 30 2023 18:43:00 | Receivables Performanc, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 5196178 | + Email/Text: bncmail@w-legal.com | Jan 30 2023 18:43:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 5233320 | Email/Text: EDBKNotices@ecmc.org | Jan 30 2023 18:43:00 | U.S. Department of Education, PO Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5166839 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 5191715 | ## | Ditech Financial LLC, PO Box 12740, Tempe, AZ 85284-0046 |
| 5166842 | ## | Law Offices of Hayt, Hayt & Landau, LLC, 123 S Broad St Ste 1660, Philadelphia, PA 19109-1003 |

TOTAL: 0 Undeliverable, 0 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 01, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:

**Name**           **Email Address**

James Warmbrodt
    on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

Jason Paul Provinzano
    on behalf of Debtor 2 Deborah Lou Kankiewicz MyLawyer@JPPLaw.com G17727@notify.cincompass.com

Jason Paul Provinzano
    on behalf of Debtor 1 Steven Richard Kankiewicz MyLawyer@JPPLaw.com G17727@notify.cincompass.com

Joshua I Goldman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com

Keri P Ebeck
    on behalf of Creditor Crescent Bank & Trust kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;politicsci2@gmail.com

Laura Egerman
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com legerman@rasnj.com;ras@ecf.courtdrive.com

Lisa Ann Rynard
    larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 9

Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | Steven Richard Kankiewicz<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–2791<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Deborah Lou Kankiewicz<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5537<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:19-bk-00802-MJC | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven Richard Kankiewicz
aka Steven Kankiewicz, aka Steven R. Kankiewicz

Deborah Lou Kankiewicz
aka Deborah Kankiewicz, aka Deborah L. Kankiewicz

1/30/23

**By the court:**

_[signature]_

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**