United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                          Case No. 19-00802-MJC

Steven Richard Kankiewicz                                                       Chapter 7

Deborah Lou Kankiewicz

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5                                 User: AutoDocke                                 Page 1 of 2

Date Rcvd: Jan 30, 2023                         Form ID: fnldec                                Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2023:**

**Recip ID**                     **Recipient Name and Address**
db/jdb                  +    Steven Richard Kankiewicz, Deborah Lou Kankiewicz, 1048 Township Road 2826, Perrysville, OH 44864-9753

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2023                         Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| James Warmbrodt | on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Steven Richard Kankiewicz MyLawyer@JPPLaw.com  G17727@notify.cincompass.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Deborah Lou Kankiewicz MyLawyer@JPPLaw.com  G17727@notify.cincompass.com |
| Joshua I Goldman | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Keri P Ebeck | on behalf of Creditor Crescent Bank & Trust kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com;politicsci2@gmail.com |

Laura Egerman

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bkyecf@rasflaw.com
legerman@rasnj.com;ras@ecf.courtdrive.com

Lisa Ann Rynard

larynard@larynardlaw.com  aburd@pkh.com,PA88@ecfcbis.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Steven Richard Kankiewicz,                          Chapter        7
aka Steven Kankiewicz, aka Steven R. Kankiewicz,

      **Debtor 1**                                   Case No.      5:19−bk−00802−MJC

Deborah Lou Kankiewicz,
aka Deborah Kankiewicz, aka Deborah L. Kankiewicz,

      **Debtor 2**

Social Security No.:
                xxx−xx−2791                 xxx−xx−5537

Employer's Tax I.D. No.:


# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lisa Ann Rynard**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named
debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  January 30, 2023

**fnldec** (01/22)